John K. Rubiner - State Bar No. 155208
  jrubiner@gerardfoxlaw.com
GERARD FOX LAW
1880 Century Park East Suite 1410
Los Angeles, CA 90067
Telephone:  310-441-0500
Facsimile:   310-441-4447

John Zaccaria (*pro hac vice* to be filed)
  jzaccaria@notaromichalos.com
Bradley S. Corsello (*pro hac vice* to be filed)
  bcorsello@notaromichalos.com
NOTARO MICHALOS & ZACCARIA PC
100 Dutch Hill Road  Suite 240
Orangeburg, NY 10962
Telephone:  (845) 359-7700
Facsimile:   (845) 359-7798

Attorneys for Plaintiff
E. MISHAN & SONS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| E. MISHAN & SONS, INC., a New York corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>ETEKCITY CORPORATION, an Iowa corporation,<br><br>    Defendant. | Civ. Action No. _____<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff E. MISHAN & SONS, INC. ("Emson" or "Plaintiff"), by its attorneys, for its Complaint against Defendant ETEKCITY CORPORATION ("Etekcity") alleges upon knowledge as to Emson, and otherwise upon information and belief as follows.

- 1 -

## JURISDICTION AND VENUE

1. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 1 *et. seq*.

2. This Court has original subject matter jurisdiction over the claim in this action pursuant to 28 U.S.C. §§ 1331 and 1338 as this claim arises under the laws of the United States.

3. This Court has personal jurisdiction over Etekcity because Etekcity resides in California and in this judicial district; Etekcity is registered to transact intrastate business in California as a foreign corporation; Etekcity has a continuous, systematic, and substantial presence in California and in this judicial district including by selling and offering for sale infringing products in this judicial district, and by committing acts of infringement in this judicial district and selling infringing products into the stream of commerce knowing such products would be sold in California and this district, which acts form a substantial part of the events or omissions giving rise to Emson's claims; and Etekcity is otherwise within the jurisdiction of the Court.

4. Venue is proper in this judicial district with respect to Etekcity pursuant to 28 U.S.C. § 1400(b) because, on information and belief, Etekcity has a regular and established place of business in this district at 1202 North Miller Street Suite A, Anaheim, California 92806, and has committed acts of infringement in this district.

## THE PARTIES

5. Emson is a corporation duly organized and existing under the laws of the State of New York, with its principal place of business at 230 Fifth Avenue, New York, New York 10001.

6. Emson markets and sells consumer products throughout the United States through print media, the Internet, and direct response television advertising,

///

including, but not limited to, the use of television infomercials. Emson sells products to wholesale customers and direct to consumers.

7. Emson is informed and believes and thereon alleges that Etekcity is a corporation duly organized and existing under the laws of the State of Iowa and is registered to transact intrastate business in California as a foreign corporation, with a place of business at 1202 North Miller Street Suite A, Anaheim, California 92806.

8. Emson is informed and believes and thereon alleges that Etekcity markets and sells consumer products throughout the United States through the Internet, including under the trade mark ETEKCITY. Etekcity sells products direct to consumers and to wholesale customers, in competition with Emson.

## STATEMENT OF FACTS

### EMSON'S TACLIGHT LANTERN INTELLECTUAL PROPERTY

9. Emson markets and sells a collapsible lantern with automatic shutoff feature under the name BELL + HOWELL® TACLIGHT™ Lantern ("TACLIGHT Lantern").

10. Emson advertises the TACLIGHT Lantern throughout the United States including via television infomercials and Internet websites.

11. Emson is the sole owner of all right, title, and interest in United States Patent No. 6,030,094 for "Collapsible Lantern with Automatic Shut-Off Feature" (the "'094 Patent"). The '094 Patent validly and legally issued on February 29, 2000. A true and correct copy of the '094 Patent is attached hereto as Exhibit 1.

12. Claim 1 of the '094 Patent reads as follows:

1. A collapsible lantern comprising:

    a base adapted to house a power source;

    a telescoping portion movable, relative to said base, between an extended position and a collapsed position, said telescoping portion including a light source; and

    a switch electrically connected between the power source and said light

source;

wherein said switch interrupts the electrical connection between the power source and said light source when said telescoping portion is in the collapsed position.

13. The TACLIGHT Lantern is an embodiment of Claim 1 of the '094 Patent.

14. Emson has provided the public with constructive notice of its patent rights pursuant to 35 U.S.C. §287.

## INFRINGEMENT OF EMSON'S TACLIGHT LANTERN INTELLECTUAL PROPERTY

15. During relevant times, Etekcity has imported, offered for sale, sold and distributed collapsible lanterns under the names ETEKCITY Collapsible LED Lantern (Model CL10), ETEKCITY Rechargeable Camping Lantern (Model CL20), and ETEKCITY LED Camping Lantern (Model CL30) (collectively the "ETEKCITY Lanterns") throughout the United States and in this judicial district.

16. A true and correct copy of the instructions provided with the ETEKCITY Collapsible LED Lantern is attached hereto as Exhibit 2.

17. A true and correct copy of the instructions provided with the ETEKCITY LED Camping Lantern is attached hereto as Exhibit 3.

18. Etekcity markets, advertises, sells and distributes the ETEKCITY Lanterns in interstate commerce in competition with Emson's TACLIGHT Lantern.

19. Etekcity has offered for sale and sold the ETEKCITY Lanterns through Internet outlets including Amazon.com, etekcity.com and walmart.com, and continues to do so.

20. The ETEKCITY Lanterns are collapsible lanterns comprising a base adapted to house a power source (batteries); a telescoping portion movable, relative to said base, between an extended position and a collapsed position, said telescoping portion including a light source (LEDs); and a switch electrically

connected between the power source and said light source; wherein said switch interrupts the electrical connection between the power source and said light source when said telescoping portion is in the collapsed position.

21. The ETEKCITY Lanterns infringe claim 1 of the '094 Patent.

22. On July 13, 2017, Emson sent Etekcity a cease and desist letter by certified mail, notifying Etekcity of the '094 Patent and Etekcity's infringing activities. Emson is informed and believes and thereon alleges that the letter was received by Etekcity on July 19, 2017. Etekcity has been on actual notice of the '094 Patent and the Etekcity's infringing activities at least as early as the receipt of the cease and desist letter.

23. Etekcity has and had no license or authorization from Emson to perform any of the acts alleged herein.

24. Etekcity's acts are willful, intentional and malicious and with knowledge of Emson's rights in the '094 patent and with knowledge that the ETEKCITY Lanterns are infringing.

25. Etekcity's acts complained of herein have caused Emson to suffer irreparable injury to its business. Emson will continue to suffer substantial loss and irreparable injury unless and until Etekcity are enjoined from their wrongful actions complained of herein. Emson has no adequate remedy at law.

<u>CLAIM FOR PATENT INFRINGEMENT</u>

Infringement of U.S. Patent No. 6,030,094

(35 U.S.C. § 271)

26. Emson repeats and re-alleges the allegations of paragraphs 1-25 of this Complaint as if set forth fully herein.

27. This is a claim for patent infringement under 35 U.S.C. § 271.

28. Etekcity, through its agents, employees, and servants has, and continues to, knowingly, intentionally, and willfully infringe the '094 Patent by making, using, selling, offering for sale, and/or importing collapsible lanterns with

an automatic shut-off feature which infringe the '094 Patent, including for example, Etekcity's ETEKCITY Collapsible LED Lantern and ETEKCITY LED Camping Lantern.

29. Etekcity's acts of infringement of the '094 Patent were without permission or license from Emson. Emson is informed and believes and thereon alleges that Etekcity had actual knowledge of Emson's rights in the '094 Patent. Accordingly, Etekcity's actions constitute willful and intentional infringement of the '094 Patent. Etekcity infringed the '094 Patent with reckless disregard of Emson's patent rights. Etekcity knew, or it was so obvious that Etekcity should have known, that its actions constituted infringement of the '094 Patent.

30. As a direct and proximate result of Etekcity's acts of infringement, Etekcity has derived and received gains, profits, and advantages in an amount that is not presently known to Emson.

31. Pursuant to 35 U.S.C. § 284, Emson is entitled to damages for Etekcity's infringing acts and treble damages together with interests and costs as fixed by this Court.

32. Pursuant to 35 U.S.C. § 285, Emson is entitled to reasonable attorneys' fees for the necessity of bringing this claim.

33. Due to the aforesaid infringing acts, Emson has suffered great and irreparable injury, for which Emson has no adequate remedy at law.  Emson is entitled to an injunction against further infringement pursuant to 35 U.S.C. § 283.

34. Etekcity will continue to directly and/or indirectly infringe Emson's patent rights to the great and irreparable injury of Emson, unless enjoined by this Court.

/ / /

/ / /

/ / /

/ / /

## PRAYER FOR RELIEF

WHEREFORE, Emson prays for judgment in its favor against Etekcity for the following relief:

1. An Order adjudging Etekcity to have willfully infringed the '094 Patent under 35 U.S.C. § 271;

2. Judgment against Etekcity for temporary, preliminary and permanent injunctions pursuant to 35 U.S.C. § 283, enjoining Etekcity and its affiliates, partners, representatives, servants, employees, attorneys and all persons in active concert, privity or participation with Etekcity from importing, selling, offering for sale, distributing and/or distributing the ETEKCITY Collapsible LED Lantern (Model CL10), ETEKCITY Rechargeable Camping Lantern (Model CL20), and ETEKCITY LED Camping Lantern (Model CL30), and any other infringing products, in violation of 35 U.S.C. § 271;

3. An award of damages adequate to compensate for the infringement, but in no event less than a reasonable royalty for the use made of the invention by the infringer, that amount trebled for Etekcity's willful infringement, together with prejudgment and postjudgment interest and costs as fixed by the court, pursuant to 35 U.S.C. § 284;

4. A finding that the case is exceptional and an award of Emson's attorneys' fees and costs, pursuant to 35 U.S.C. § 285.

///
///
///
///
///
///
///
///

COMPLAINT FOR PATENT INFRINGEMENT

5. Such other and further relief as this Court may deem just and proper.

Respectfully submitted,

November 2, 2017

/s/ John K. Rubiner
_____

John K. Rubiner - State Bar No. 155208
  jrubiner@gerardfoxlaw.com
GERARD FOX LAW
1880 Century Park East Suite 1410
Los Angeles, CA 90067
Telephone:  310-441-0500
Facsimile:  310-441-4447

John Zaccaria (*pro hac vice* to be filed)
  jzaccaria@notaromichalos.com
Bradley S. Corsello (*pro hac vice* to be filed)
  bcorsello@notaromichalos.com
NOTARO MICHALOS & ZACCARIA PC
100 Dutch Hill Road
Orangeburg, NY 10962
Telephone:  (845) 359-7700
Facsimile:   (845) 359-7798

Attorneys for Plaintiff
E. MISHAN & SONS, INC.

|   |   |
|---|---|
| 1 | <u>DEMAND FOR JURY TRIAL</u> |
| 2 | Plaintiff hereby demands a trial by jury on all issues so triable. |

Respectfully submitted,

November 2, 2017

/s/ John K. Rubiner
_____

John K. Rubiner - State Bar No. 155208
  jrubiner@gerardfoxlaw.com
GERARD FOX LAW
1880 Century Park East Suite 1410
Los Angeles, CA 90067
Telephone:  310-441-0500
Facsimile:  310-441-4447

John Zaccaria (*pro hac vice* to be filed)
  jzaccaria@notaromichalos.com
Bradley S. Corsello (*pro hac vice* to be filed)
  bcorsello@notaromichalos.com
NOTARO MICHALOS & ZACCARIA PC
100 Dutch Hill Road
Orangeburg, NY 10962
Telephone:  (845) 359-7700
Facsimile:   (845) 359-7798

Attorneys for Plaintiff
E. MISHAN & SONS, INC.

COMPLAINT FOR PATENT INFRINGEMENT